**FOX ROTHSCHILD LLP**
Jonathan D. Ash, Esq. (022332007)
Corinne B. DeBerry, Esq. (202892016)
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648-2311
(609) 896-3600
*Attorneys for Defendant SJF CCRC, Inc.*
*d/b/a Lions Gate CCRC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LATOSHA SMITH,<br><br>　　　　Plaintiff,<br><br>- vs -<br><br>SJF CCRC, INC., d/b/a Lions Gate,<br><br>　　　　Defendant. | ECF Case<br><br>Civil Action No. 1:21-CV-12110 (RMB) (AMD)<br><br>**STIPULATION TO DISMISS**<br>**WITH PREJUDICE** |

　　　　The parties hereby stipulate that this matter be dismissed in its entirety as to all parties, with prejudice, each party to bear their own attorneys' fees and costs. This Court shall maintain jurisdiction over this matter for purposes of enforcing the terms and condition of the parties' Settlement Agreement.

s/ *Jeremy M. Cerutti*
Jeremy M. Cerutti, Esq.
**Karpf, Karpf & Cerutti P.C.**
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, Pennsylvania 19020
*Attorneys for Plaintiff*

s/ *Jonathan D. Ash*
Jonathan D. Ash, Esq.
Corinne B. DeBerry, Esq.
**FOX ROTHSCHILD LLP**
997 Lenox Drive
Lawrenceville, NJ 08648-2311
*Attorneys for Defendants*

Date: March 21, 2022

Date: March 21, 2022

132088336.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically transmitted the attached document using the CM/ECF System to the following counsel of record:

Jeremy M. Cerutti, Esq.
**Karpf, Karpf & Cerutti P.C.**
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, Pennsylvania 19020
*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 21, 2022                                      *Adrienne Ferreira*
                                                            Adrienne Ferreira